IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| EXAVIER WARDLAW | : |
| Plaintiff, | : |
| v. | : |
| | : NO. 12-CV-05617 |
| VIACOM INTERNATIONAL, INC., | : |
| MTV NETWORKS, | : |
| SOUTH PARK DIGITAL STUDIOS, LLC, | : |
| TREY PARKER, and | : |
| MATT STONE | : |
| Defendants | : |

**RULE 41(a)(1)(A) NOTICE OF DISMISSAL**

NOW COMES the Plaintiff, Exavier Wardlaw, pursuant to Fed. R. Civ. P. 41(a)(1)(A) and files this Notice of Dismissal of the above action and states as follows:

1. The Defendants Viacom International, Inc., MTV Networks, South Park Digital Studios, LLC, Trey Parker, and Matt Stone have not filed an answer or motion for summary judgment.  These same Defendants have made no pleadings with the Court. Nor have they otherwise raised any other defenses to this action. Therefore, Exavier Wardlaw, has the right under Fed. R. Civ. P. 41(a)(1)(A) to dismiss voluntarily this action against these Defendants.

2. Exavier Wardlaw, dismisses the claims against these Defendants without prejudice.

WHEREFORE, Exavier Wardlaw, pursuant to Fed. R. Civ. P. 41(a)(1)(A), files this voluntary dismissal and hereby dismisses the instant action without prejudice.

Respectfully submitted,

Granovsky Law Office, PC

<u>/s/ Alexander Granovsky</u>
Alexander Granovsky, Esquire
Pennsylvania Attorney ID No. 308387
9831 Bustleton Avenue, Suite 2
Philadelphia, PA 19115
(215) 992-6696 (tel)
(215) 992-6695 (fax)
