AO 121 (6/90)

| TO: | |
|---|---|
| Register of Copyrights<br>Copyright Office<br>Library of Congress<br>Washington, D.C. 20559 | **REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION OR APPEAL<br>REGARDING A COPYRIGHT** |

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ☑ ACTION   ☐ APPEAL | COURT NAME AND LOCATION |
|---|---|
| DOCKET NO.: 12-5617   DATE FILED: 10/2/2012 | U.S. DISTRICT COURT EASTERN DISTRICT OF PA<br>ROOM 2609, 601 MARKET STREET<br>PHILADELPHIA, PA 19106 |
| **PLAINTIFF**<br>EXAVIER WARDLAW | **DEFENDANT**<br>SOUTH PARK STUDIOS,<br>EXECUTIVE PRODUCERS AND DIRECTOR WRITERS<br>TREY PARKER AND MATT STONE |

| | COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OR WORK |
|---|---|---|---|
| 1 | PAU3-048-246 | "THE LOLLIPOP FOREST" | EXAVIER WARDLAW |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

FILED
MAY - 2 2013
MICHAEL E. KUNZ, Clerk
By _____ Dep. Clerk

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment   ☐ Answer   ☐ Cross Bill   ☐ Other Pleading |
|---|---|

| | COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
|---|---|---|---|
| 1 | | | |
| 2 | | | |
| 3 | | | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached.

| COPY ATTACHED<br>☑ Order   ☐ Judgment | WRITTEN OPINION ATTACHED<br>☐ Yes   ☑ No | DATE RENDERED<br>3/22/13 |
|---|---|---|
| CLERK<br>MICHAEL E. KUNZ | (BY) DEPUTY CLERK<br>[signature] | DATE<br>5/2/13 |

DISTRIBUTION:
1) Upon initiation of action, mail copy to Register of Copyrights
2) Upon filing of document adding copyright(s), mail copy to Register of Copyrights
3) Upon termination of action, mail copy to Register of Copyrights
4) In the event of an appeal, forward copy to Appellate Court
5) Case File Copy